UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

      Plaintiff,

  v.                             Case No. 17-CR-111

LEVESTER R. BROWN,

      Defendant.

## ORDER DENYING MOTION FOR SENTENCE REDUCTION

Defendant Levester R. Brown has asked the court to reduce his sentence from the mandatory minimum 10 years imposed by the court on March 5, 2018. Brown is asking that the court consider a reduction under the First Step Act.

The First Step Act expanded the safety valve eligibility criteria, but that did not become effective until December 21, 2018. The note to the section indicates that the amendments made thereby shall apply only to a conviction entered on or after the date of the enactment, namely December 21, 2018. Since Brown was sentenced in March of 2018, he is not eligible for this part of the First Step Act. Other changes in the manner in which sentences are served affecting the length very well may apply to Brown's case, but this court has no authority to reduce his sentence. Accordingly, his motion is denied.

SO ORDERED at Green Bay, Wisconsin this 10th day of February, 2020.

                                                s/ William C. Griesbach
                                                William C. Griesbach, District Judge
                                                United States District Court